AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
## for the
### Western District of New York

United States of America

v.

**VYACHESLAV S. MIGITSKIY**

_Defendant_

Case No. 23-MJ-615-MJP

## CRIMINAL COMPLAINT

I, <u>WILLIAM D. KING,</u> the complainant in this case, state that the following is true to the best of my knowledge and belief: That from on or about August 25, 2022, to on or about October 4, 2022, in the Western District of New York, the defendant, VYACHESLAV S. MIGITSKIY:

(1) being the owner, master, and person in charge and command of a vessel, that is, a 25 foot Bayliner boat bearing registration number NY5720JS, did willfully cause and permit the destruction and injury of such vessel within the territorial waters of the United States, that is Lake Ontario, in violation of 18 U.S.C. § 2274;

(2) in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, that is, the defendant did state and represent to a Monroe County Deputy Sheriff and a Special Agent with the U.S. Coast Guard, who were conducting an investigation into a partially submerged vessel in Lake Ontario, which was a matter within the jurisdiction of the United States Coast Guard, that he had donated the vessel, a 25 foot Bayliner boat, to an un-named individual, when in truth and in fact, and as the defendant then and there knew, the defendant had not donated the vessel to anyone, in violation of 18 U.S.C. § 1001(a)(2); and

(3) did did sink, and permit and cause to sink, a vessel, that is, a 25 foot Bayliner boat bearing registration number NY5720JS, in a navigable channel, that is, Lake Ontario, in violation of 33 U.S.C. §§ 409 and 411.

This Criminal Complaint is based on these facts: **SEE ATTACHED AFFIDAVIT OF COAST GUARD INVESTIGATIVE SERVICE SPECIAL AGENT WILLIAM D. KING.**

☒ Continued on the attached sheet.

WILLIAM D. KING, Special Agent, CGIS

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 4(d) on:

Date: August 28, 2023

City and State: Rochester, New York

_Judge's signature_

MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF MONROE   )   ss:
CITY OF ROCHESTER   )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, William D. King, being first duly sworn, hereby depose and state as follows:

1.	I am a Special Agent with the U.S. Department of Homeland Security, Coast Guard Investigative Service (hereinafter referred to as "CGIS"), assigned to the Resident Agent Office, Buffalo, New York.  I have been employed with the CG/CGIS for 17 years. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. My duties as a Special Agent with CGIS include the investigations of criminal activity within the jurisdiction of the United States Coast Guard in connection with maritime related crimes to include violations of Title 18, United States Code, Sections 1001 (false statement regarding a matter within the jurisdiction of the United States), 2274 (Destruction of a Vessel by Person in Charge), and Title 33, United States Code, Section 409 (Sinking a Vessel in Navigable Waters).

2.	I make this affidavit in support of a criminal complaint for **VYACHESLAV S. MIGITSKIY** ("MIGITSKIY"), with a date of birth in September 1989, with destruction of a vessel in violation of Title 18, United States Code, Section 2274, making a false statement in violation of Title 18, United States Code, Section 1001(a)(2), and sinking of a vessel in a navigable channel in violation of Title 33, United States Code, Sections 409 and 411.

3.      The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers involved in this investigation, and upon my training and experience. Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that MIGITSKIY violated Title 18, United States Code, Sections 2274, 1001(a)(2), and Title 33, United States Code, Sections 409 and 411.

4.      On August 26, 2022, CGIS Resident Agent Office Buffalo received notification from Sector Buffalo Command Center (SBCC) regarding a report of a partially submerged vessel, a 1987 25' Bayliner with New York registration number NY5720JS, last registered to an identified individual (hereinafter "PREVIOUS OWNER") from New Kingston, NY. The vessel was reported to be submerged by a local mariner (hereinafter "WITNESS 1") approximately one-half mile offshore east of Little Pond, Rochester, NY. A United States Coast Guard small boat responded to the area and reported the location of the capsized vessel to be in position 46° 17.115'N / 077° 34.770'W, located outside the entrance area Genesee River, NY and located in Lake Ontario. The location where the partially submerged 1987 25' Bayliner was found was in a navigable channel and the territorial waters of the United States.

5.      Several 911 calls were made regearing the partially submerged vessel, and because it was unknown if individuals were on the boat, an active search and rescue mission ensued among several law enforcement agencies, including the U.S. Coast Guard, the

Monroe County Sheriffs Office, the New York State Police, and a Canadian fixed-wing aircraft. As part of the search and rescue mission, a dive team with the Monroe County Sheriff's Office documented that no individuals were on the partially submerged vessel and confirmed that the vessels propellers and boat plug were missing, and all electronics were removed from the vessel. The dive team also confirmed that although the engine was in the engine compartment and intact, there was no apparent signs of oil/fuel leaking from the engine block. As of September 22, 2022, the total estimated loss of the United States Coast Guard's search and rescue efforts was $14,194, and the New York State Police rescue helicopter cost recovery was $1,248.00, calculated at $832 per hour for 1.5 hours.

6. SBCC reported that the vessel was suspected to have been witnessed being towed out of the Genesee River, NY, via Closed Circuit Television (CCTV) by United States Coast Guard Station Rochester on August 25, 2022. On August 26, 2022, SBCC telephonically contacted PREVIOUS OWNER who reported to have sold the vessel on eBay to a company named Boat Angel, a boat donation company and that a representative from Boat Angel took possession of the vessel. SBCC contacted Boat Angel Donations and received a number for the current owner of the 1987 25' Bayliner, who was identified as VYACHESLAV S. MIGITSKIY. SBCC made telephonic contact with MIGITSKIY who stated that he gave the boat away for free using Facebook and had no information on who the new owner was. SBCC requested assistance from the Monroe County Sheriff's Office to conduct a welfare check on MIGITSKIY.

7. On August 26, 2022, at approximately 8:12 a.m., the Monroe County Sheriff's Office along with Greece Police Department, NY, interviewed MIGITSKIY at his residence located in Rochester, NY. MIGITSKIY reported that he gave the vessel in question to people of Puerto Rican descent approximately two weeks ago and he did not recall if he posted the vessel either on Craigslist or Facebook Market Place. MIGITSKIY could not provide the identity of the person he gave the vessel too and mentioned that he kept the trailer. The Monroe County Sheriff's Office Deputy annotated that on MIGITSKIY's property, a boat trailer was attached to a vehicle (truck) with license plate # 10560PF and MIGITSKIY admitted that the trailer was the same trailer that he used to deliver the 1989 25' Bayliner, with New York registration NY5702JS. Body camera footage taken by Monroe County Sheriff's Office that recorded the conversation between MIGITSKIY and woman later determined to be MIGITSKIY's wife indicated that once a listing on Facebook Marketplace is deleted, the archive information is no longer available. MIGITSKIY stated that he placed the vessel in the river for the unknown individuals, but that he kept the trailer because he buys and sells trailers. MIGITSKIY had no further information to provide and that he only had the vessel for approximately two months and purchased the vessel off eBay.com.

8. Subsequently on the same day, CGIS Special Agent Ryan Nicholson and I retrieved all applicable video recordings from Coast Guard Station Rochester. Two videos were captured from Coast Guard Station Rochester's CCTV Security system. In one capture, a vessel white in color, unknown make/model, was observed coming into view from the left side of the camera heading outbound of the Genesee River, and that the suspect vessel (towing vessel) had another vessel that was white with a blue vertical strip located at the top gunnel

area which matched the description of the 1987 25' Bayliner, in stern tow. No towing line could be observed due to the quality and lack of lighting from the video. The suspect (towing) vessel had navigation lights activated and the towed vessel had no lights activated. No persons or identifiers were observed on either vessel. The second video captured a vessel matching the description of the suspect (towing) vessel from the earlier video, entering the channel of the Genesee River, Rochester, NY originating from Lake Ontario, with no other vessels in the vicinity and no longer towing any vessels inbound. Agent Nicholson and I reviewed the entirety of the camera footage and observed no other vessels matching the description of the subject towing vessel or the towed vessel between the times they were observed.

9. On August 29, 2022, I contacted PREVIOUS OWNER to request all bill of sales and supporting documentation to include all communications concerning the donation of the 1987 25' Bayliner to Boat Angel Donations. On August 30, 2022, PREVIOUS OWNER provided me an electronic copy of the receipt indicating that he sold the 1989 25' Bayliner, hull identification number (HIN#) BL2B43STJ687, and Trailer, vehicle identification number (VIN#) 1T0BS19T7KS109263 on October 16, 2020, for $1,107.00 and the name of the buyer was not recorded on the form.

10. I then contacted Boat Angel Donations located in Chester, PA, concerning the sale and distribution of the 1987 25' Bayliner. The Bill of Sale provided by Boat Angel recorded that on October 16, 2020, PREVIOUS OWNER relinquished ownership of the vessel with HIN# BL2B43STJ687, to VYACHESLAV S. MIGITSKIY. It was also annotated on the Bill of Sale that the vessel came with a boat trailer, VIN#1T0BS19T7KS109263. The

HIN# associated with vessel is consistent with the most recent registration information recorded in the U.S. Coast Guard Vessel Identification System.

11.     During my investigation, I received security camera recordings from several businesses and entities, including CM Armitage Electrical Contracting Work, the West Irondequoit Central School District (CSD), Voyager Boat Sales Inc., video footage extracted from the Colonel Patrick O'Rorke Bridge, and the U.S. Border Patrol. A review of this video show MIGITSKIY using his distinctive pickup truck (it has no bed) to tow the sunken boat to a marina in Rochester, placing the sunken boat in the water, and then using a different boat that he owned and was moored at the marina, to tow the sunken boat out into the lake. Although no one video positively identifies MIGITSKIY, by reviewing all the videos in combination, I believe MIGITSKIY was the responsible party.  Specifically, on August 25, 2022, at approximately 8:20 p.m., a camera at the West Irondequoit CSD building, located at 720 Washington Ave, Irondequoit, NY 14617, recorded MIGITSKIY's distinctive pickup truck towing a triple axle boat trailer with a white boat on in leaving the driveway of the rear yard at MIGITSKIY's residence, and proceeding northbound on Washington.  Cameras located at CM Armitage Electrical Contracting Work, located at 723 Washington Ave, Rochester, NY 14617, recorded MIGITSKIY's distinctive pickup truck towing a triple axle boat trailer with a white boat and leaving MIGITSKIY's rear yard, turning left on Rock Beach Road and then turning left and proceeding southbound on St. Paul Blvd.  A camera located at the Rochester Border Patrol Station, located at 171 Pattonwood Dr, Rochester, NY 14617, recorded MIGITSKIY's distinctive pickup truck towing a triple axle boat trailer with a white boat and traveling westbound on Pattonwood Dr. at 8:25 p.m.  Cameras located at Voyager

Boat Sales, which operates a marina located at 20 Marina Dr, Irondequoit, NY 14617, recorded MIGITSKIY's distinctive pickup truck towing a triple axle boat trailer with a white boat pull into the parking lot, backing the towed boat onto the boat ramp, and launching the towed boat into the water. At that point, the pickup truck is parked, and a man walks from the truck to a different boat slip. The shape, build, and appearance of the man matches that of MIGITSKIY. A short time later, a second boat is seen pulling up to the towed boat that was launched into the water, and then pulling away with the other boat in tow. A camera located under the O'Rourke Bridge, which spans the Genesee River, recorded the two boats heading towards Lake Ontario at approximately 10:45 p.m., and only one boat returning at approximately 1:00 a.m. the following day.

12. On August 31, 2022, Agent Nicholson and I visited Voyager Boat Sales Inc., located at 20 Marine Dr., Irondequoit, NY. Voyager Boat Sales Inc. has a public boat ramp and hull out equipment as well as docks rented out to local mariners and patrons. Voyager Boat Sales Inc., provided a Dock Lease Agreement dated December 5, 2021, that indicated MIGITSKIY rents out a dock (Unknown #) for a 33' SeaRay. The lease was signed on January 6, 2022. No registration number was provided on the form. The owner/operator of Voyager Boat Sale Inc. mentioned that he had spoken to MIGITSKIY in the past through normal conversation and noted that the vessel's name was "WAYNE'S WORLD", and that the vessel was located on the last slip on the right when facing the Genesee River, NY, off of the first Pier. The owner/operator of Voyager Boat Sale Inc. confirmed the location of the vessel from an online map of the pier area. After arriving at the location of the 33' SeaRay moored at Voyager Boat Sales Inc. under the ownership of MIGITSKIY, I took photographs

of the vessel from various angles. The name "WAYNE'S WORLD" was located on the stern area of the vessel and the registration was annotated as CT4151AN with a 2021 registration sticker. Your affiant believes that this is the boat that was used by MIGITSKIY on the evening of August 25, 2022, to tow and then intentionally sink the 1987 25' Bayliner with New York registration number NY5720JS.

13. On October 4, 2022, Agent Nicholson and I interviewed MIGITSKIY concerning his suspected involvement in the intentional sinking of the 1987 25' Bayliner, with New York registration NY5720JS. The interview was conducted at MIGITSKIY's residence and was audio recorded. During the interview MIGITSKIY stated that he had donated the vessel in question to people of Puerto Rican descent and that the individuals who received the vessel had picked up the vessel along with the boat trailer. MIGITSKIY stated he had given the vessel away via Facebook and that approximately twenty individuals stopped by the residence to take look at the vessel. After one individual was interested in fixing up the vessel, the unidentified person picked up the vessel and trailer, removed the vessel, and returned the trailer to MIGITSKIY. No specific date or timeframe was provided and VYACHESLAV S. MIGITSKIY had no information on the unidentified person who took the vessel. During the interview MIGITSKIY was shown photograph stills of the camera footage that was extracted from various locations that indicated that the vessel and trailer was at his residence on August 25, 2022. MIGITSKIY declined to provide any further information and the interview concluded.

14. On March 8, 2023, I telephonically interviewed WITNESS 1 concerning his report to the United States Coast Guard that he observed a capsized vessel with the bow out of the water on August 26, 2022. WITNESS 1 stated he was at his residence in Rochester, NY, when he noticed a partially submerged vessel with the bow out of the water approximately 200 yards off the shore in Lake Ontario. WITNESS 1 did not observe any other vessels in the area when he initially saw the partially submerged vessel through his binoculars. When WITNESS 1 saw the vessel, the time was approximately 6:00 a.m. WITNESS 1 described the sea state as calm with calm winds and recalled that the previous night on August 25, 2022, there was a thunderstorm with rain. WITNESS 1 did not recall observing any other vessels on the water the previous night. WITNESS 1 mentioned that the position that the partially submerged vessel was first observed is a high traffic area for local mariners which could average in excess of twenty vessels during the boating season where vessels are constantly entering and exiting the Genesee River, NY. WITNESS 1 believed that the vessel itself was a danger to other vessels due to high volume of traffic.

15. Based upon the foregoing, I respectfully submit that I have probable cause to believe that **VYACHESLAV S. MIGITSKIY** has violated Title 18, United States Code, Sections 2274, 1001(a)(2), and Title 33, United States Code, Sections 409 and 411.

_____
WILLIAM D. KING, Special Agent
Coast Guard Investigative Service

Affidavit submitted electronically by email in .pdf format. Oath administered, and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 28, 2023.

_____
MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE